UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 3

| BGH Edelstahl Siegen GmbH | |
|---|---|
| Plaintiff, | **S U M M O N S**<br>Court No. 26-01186 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. BGH Edelstahl Siegen GmbH; respondent, foreign producer and exporter
   (Name and standing of plaintiff)

2. Forged Steel Fuid End Blocks from Germany: Final Results of the Antidumping Duty Administrative Review; 2023
   91 Fed. Reg. 3433 (Jan. 27, 2026).
   (Brief description of contested determination)

3. 1/21/2026
   (Date of determination)

4. 1/27/2026
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Marc E. Montalbine
Signature of Plaintiff's Attorney

02/25/2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Marc E. Montalbine
deKieffer & Horgan, PLLC
1015 Fifteenth Street NW
6th Floor
Washington, D.C. 20005
montalbine@dhlaw.de

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney in Charge
International Trade Field Office Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530

General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230