**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  THE HONORABLE MARK A. BARNETT**

| | |
|---|---|
| BGH Edelstahl Siegen GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Ct. No. 26-01186 |
| | ) |
| United States, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| Ellwood City Forge Company, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Plaintiff, BGH Edelstahl Siegen GmbH ("BGH"), has consulted with all parties of record to this proceeding and hereby submits the following Joint Status Report and Proposed Briefing Schedule, as required by Rule 56.2(a) of the Rules of this Court.

**I.    Joint Status Report**

The parties' responses to the questions set forth in Rule 56.2(a) are as follows:

**A.  Does the Court have jurisdiction over the action?**

This appeal challenges certain aspects of the final results of the U.S. Department of Commerce ("Commerce") in the antidumping duty administrative review of forged steel fluid end blocks ("FEBs") from the Federal Republic of Germany for the third period of review (1/1/2023–12/31/2023).  *See* Forged Steel Fluid End Blocks from the Federal Republic of Germany: Final Results of the Antidumping Duty Administrative Review; 2023, 91 Fed. Reg. 3433 (Jan. 27, 2026) ("Final Results"); *incorporating* Issues and Decision Memorandum (Jan.

20, 2026) ("Final IDM").

Plaintiff believes that this Court possesses jurisdiction over this action pursuant to 28 U.S.C. § 1581(c) because this action is commenced under 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (2)(B)(iii).  Defendant, the United States, and Defendant-Intervenors, Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons, are unaware of any basis upon which to challenge the Court's jurisdiction at this time.

**B.  Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefore?**

All parties agree that the case should not be consolidated with any other case and that no portion of this case should be severed.

**C.  Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons therefore?**

All parties agree that further proceedings should not be deferred pending consideration of another case before this Court or any other tribunal.

**D.  Is there any other information of which the Court should be aware at this time?**

Plaintiff informs the Court that the decision in BGH Edelstahl Siegen GmbH v. United States, No. 24-00176, slip op. 25-140 (CIT Oct. 22, 2025) sustaining Commerce's determination concerning the inclusion of certain home market products within the scope of review during the second administrative review is currently on appeal to the U.S. Court of Appeals for the Federal Circuit.  BGH Edelstahl Siegen GmbH v. United States, No. 2026-1290 (Fed. Cir.).  BGH's opening brief as plaintiff-appellant in that appeal was filed on May 15, 2026.  The administrative record for the third period of review covered by the current court action is factually distinct from the administrative record reviewed by the Court in BGH Edelstahl, No. 24-00176.

II.     **Proposed Briefing Schedule**

The parties have consulted and have agreed upon a briefing schedule, as follows:

- Plaintiff shall file their Rule 56.2 Motion for Judgment Upon the Agency Record and opening brief on or before September 8, 2026;

- Defendant and Defendant-Intervenors shall file their responses on or before December 11, 2026; and

- Plaintiff shall file its reply brief on or before January 8, 2027.

In accordance with Rule 56.2(c)(3), Plaintiff shall file the joint appendix 14 days after the due date for the reply brief.  In accordance with Rule 7(c), any motion for oral argument is due within 21 days of the filing of the reply brief.

A proposed Scheduling Order reflecting the above is attached.

Respectfully submitted,

/s/ Merisa A. Horgan

Marc E. Montalbine*
J. Kevin  Horgan
Merisa A. Horgan
deKieffer & Horgan, PLLC
1015 Fifteenth St. NW
6th Floor
Washington D.C. 20005
Phone: (202) 783-6900
Fax: (202) 783-6909
Email : merisahorgan@dhlaw.com

Date:   June 5, 2026

*Counsel to Plaintiff*
*BGH Edelstahl Siegen GmbH*

*Admitted to Virginia Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

BRETT A. SHUMATE
Assistant Attorney General

3

PATRICIA M. MACCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ Isabelle Aubrun

| | |
|---|---|
| Of Counsel: | Isabelle Aubrun |
| Joshua Paul Angelo | Trial Counsel |
| Attorney | United States Department of Justice |
| Office of the Chief Counsel for | Civil Division |
| Trade Enforcement and Compliance | P.O. Box 480 |
| United States Department of Commerce | Ben Franklin Station |
| 1401 Constitution Avenue NW, Suite 3627 | Washington, DC 20044 |
| Washington, DC 20230 | Phone: (202) 616-0465 |
| Phone : (202) 875-4092 | Email: isabelle.aubrun2@usdoj.gov |
| Email :joshua.angelo@trade.gov | *Attorneys for Defendant* |

/s/ Daniel J. Calhoun

Daniel J. Calhoun
Jack A. Levy
Noah A. Meyer
Paul K. Keith
Rock Creek Trade LLP
900 19th Street, NW, Suite 600
Washington, D.C. 20006
Phone: (202) 297-8860
Email: dcalhoun@rockcreektrade.com

*Counsel to Defendant Intervenors, Ellwood*
*City Forge Company, Ellwood Quality*
*Steels Company,Ellwood National Steel*
*Company, and A. Finkl & Sons*

4